Warfield,Broderick
142 Kerry Ct.
Vacaville, California 95687
(707)384-0663
email:broderickwafield532@gmail.com



FILED

OCT 18 2024

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Warfield, Broderick<br><br>   **-Against**<br><br><br>California Highway Patrol Golden Gate division<br><br>City of Fairfield Police Department<br>Solano County District Attorney Office<br><br>City of Vallejo Police Department<br><br>Solano County Sheriffs Office of Emergency 911 services<br><br>Solano County Superior Court Judicial Misconduct | Complaint and Request for Injunction<br><br>Case No. 2:24 cv 2886 DJC CSK(PS)<br><br>(to be filled in by the Clerk's Office) |

I.      The Parties to This Complaint

A.      The Plaintiff(s) _ Warfield, Broderick

B.      The Defendant(s)                    Law Enforcement et al Acting under color of Law

Defendant No. 1 _      California Highway Patrol Golden Gate Division
Name:                  (Hagler, Kevin) _ (Baker, Angelia)_(McGuckin, Dawn)
Job or Title           CHP Supervisor Dispatch
                       Acting under color of Law
Street Address
City and County        Fairfield, Vallejo; Solano


Defendant No. 2 _      City of Fairfield Police Department
Name:                  (Tibbet, Walt) _ (Aagaard) _ (Carter, Gene) _ (Oviatt)
Job or Title:          Chief of Police; and Executive Police officers
                       Acting under color of Law
Street Address         1000 Webster st
City and County        Fairfield, Solano


Defendant No. 3 _      City of Vallejo Police Department
Name:                  Mustard, Mat
Job or Title:          City of Vallejo Police Department Homicide Investigator
                       Acting under color of Law
Street Address         111 Amador St.
City and County        Vallejo, Solano


Defendant No. 4 _      Solano County Sheriff's Offices of Emergency 911 Services
Name:
Job or Title:          Executive Director
                       Acting under color of Law
Street Address         530 Union Avenue Suite 100
City and County        Fairfield, Solano

2

| | |
|---|---|
| Defendant No. 5 | Solano County District Attorneys |
| Names: | Kim, Bryan _ Jensen , Karen _ Sequeira, Paul _ |
| | (Unrecognizable_ Eric Cowdery and Dana Vaugen)_ |
| Job or Title: | Solano County District Attorneys Acting under color of Law |
| Street Address | 675 Texas st, Suite 4500 |
| City and County | Fairfield, Solano |

| | | |
|---|---|---|
| Defendant No. 6 | Judicial Misconduct | Acting under color of Law |
| Name: | Stashyn, D | |
| Job or Title _ | Solano County Superior Court Justice | |
| Street Address | 600 Union Avenue | |
| City and County | Fairfield, Solano | |

| | | |
|---|---|---|
| Defendant No. 7 | Judicial Misconduct | Acting under color of Law |
| Name: | Pendergast III, William | |
| Job or Title | Solano Superior Court Justice | |
| Street Address | 600 Union Avenue Hall of Justice | |
| City and County | Fairfield, Solano | |

| | | |
|---|---|---|
| Defendant No. 8 | Judicial Misconduct | Acting under color of Law |
| Name: | Nelson, Bradley | |
| Job or Title | Solano Superior Court Justice | |
| Street Address | 600 Union Avenue Hall of Justice | |
| City and County | Fairfield, Solano | |

| | |
|---|---|
| Defendant No. 9 | Judicial Misconduct |
| Name | Foor, Peter |
| Job or Title | Solano Superior Court Justice |
| Street Address | 600 Union Avenue Hall of Justice |
| City and County | Fairfield, Solano |

3

II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  (check all that apply)

**|X|**  Federal question                    ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the
United States Constitution that are at issue in this case.

1.  The case arises under federal question jurisdiction pursuant to 28 U.S.C. § 1331 and

2.  U.S.C. 42 1983 involving violations of constitutional rights. Defendants acting under

3.   color of state law, engaged in systematic suppression of federal rule of evidence 702

4.  Expert witness testimony Amended December 1st, 2023 Exhibit **A.**

B.        If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, (name) _____, is a citizen of the State of (name) _____.

b.    If the plaintiff is a corporation

The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,

4

and has its principal place of business in the State of (name)
_____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, (name) _____, is a citizen of the State of (name) _____. or is a citizen of (foreign nation) _____.

b.    If the defendant is a corporation

The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

1.  The plaintiff is seeking damages totaling $[over $75,000]

2. The damages incurred by the plaintiff amount to specific amount and when combined with claims for pain and suffering, lost wages, and other damages, the total exceeds $75,000

2.  The plaintiff's injuries "lifelong pain and suffering," indicating the case value likely exceeds $75,000 even if current medical expenses are lower

5

3.  The civil remedy notice or civil cover sheet filed by the plaintiff indicates damages in excess of $75,000

4.  The economic impact of the requested declaratory judgment or injunctive relief on either party exceeds $75,000

5.  The value of the object of the litigation, such as property or contract, of constitutional rights at stake, are greater than $75,000

6.  The cost of compliance with the requested injunction or specific performance would exceed $75,000 for the defendant

7.  The potential liability or exposure for the defendant, based on the nature of the claims and alleged damages, realistically exceeds $75,000

III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

City of Fairfield / City of Vallejo / Solano County Superior Court

B.  What date and approximate time did the events giving rise to your claim(s) occur?

Mishandled Credible threat 911 calls 11/05/2011
Willful neglect and disregard resulting dereliction of duty 11/17/2011
on duty police officer loss of life

C.  What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) Law enforcement concealment suppression of federal rule evidence 702 by failing to apply Daubert Trilogy Theory upon Emergency Alert Plan Protocols with Solano County Sheriffs Emergency communications 911 OES.

6

IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. Ex parte Young Doctrine U.S. Department of Justice HIPPA

2. HIPPA complaint file numbers 591592 / 593349 Judicial Misconduct

3. Involvement Solano County Superior court Justice Nelson, Bradley

V.    Relief

State briefly and precisely what relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Plaintiff, Warfield, Broderick, by and through undersigned counsel, respectfully moves

2. this Court pursuant to Federal Rule of Civil Procedure 65 for temporary and permanent

3. injunctive relief against California Highway Patrol Golden Gate division, City of

4. Fairfield Police Department, Solano County Sheriffs Emergency Communications 911

5. and the City of Vallejo Police Department].

6. Pursuant as monetary damages to be determined. This motion is based on the grounds

7. of ongoing violations that have caused irreparable harm to the Plaintiff.

7

## United States Constitutional Amendments in Violation
## First, Fourth, Fifth, Sixth, Eighth, Fourteenth

### BACKGROUND

Immediate Threat of Harm: Plaintiff has provided evidence showing that the actions of Law enforcement involved has pose an immediate threat of irreparable harm, necessitating immediate court intervention.

Irreparable Harm: The ongoing violations by the Defendant have resulted in harm that cannot be adequately remedied by monetary damages alone.

Legal Basis for Relief: Under applicable federal law and pursuant to Fed. R. Civ. P. 65, the Plaintiff is entitled to seek both temporary and permanent injunctive relief to prevent further violations of their rights.

### ARGUMENT

Temporary Injunctive Relief: Plaintiff requests a Temporary Restraining Order (TRO) under Fed. R. Civ. P. 65(b) to immediately halt the Defendant's harmful actions until a hearing can be held.

Permanent Injunctive Relief: Upon resolution of this case, Plaintiff seeks a permanent injunction under Fed. R. Civ. P. 65(d) to prevent future violations by the Defendant.

Monetary Damages: Plaintiff reserves the right to seek monetary damages for losses incurred due to the Defendant's actions, with the amount to be determined at trial.

Likelihood of Success on the Merits: Plaintiff has demonstrated a strong likelihood of success on the merits based on substantial evidence provided.

Balance of Equities and Public Interest: The balance of equities favors the Plaintiff, and granting relief serves the public interest by upholding legal standards and preventing further harm.

8

CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that this Court grant temporary and permanent injunctive relief against [Defendant's Name or Entity], as well as reserve the determination of monetary damages for trial.

VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 16, 2024 .

Signature of Plaintiff

Printed Name of Plaintiff   Broderick J WARFIELD