UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK WARFIELD, | Case No. 2:24-cv-02886-DJC-CSK |
| Plaintiff, | |
| v. | ORDER ON PLAINTIFF'S MOTIONS TO AMEND THE COMPLAINT |
| CALIFORNIA HIGHWAY PATROL GOLDEN GATE DIVISION, et al., | (ECF Nos. 15, 28, 34) |
| Defendants. | |

Plaintiff Broderick Warfield, who is proceeding pro se, has filed three motions related to amending his Complaint.[1] (ECF Nos. 15, 28, 34.) Plaintiff filed a motion to amend his Complaint on December 2, 2024 (ECF No. 15), a motion for extension of time to file an amended complaint on December 30, 2024 (ECF No. 28), and a motion to file under seal a Second Amended Complaint (ECF No. 34.) On January 8, 2025, Plaintiff filed his First Amended Complaint. (ECF No. 32.)

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, "[a] party may amend its pleading once as a matter of course" twenty-one days after service of the pleading or "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f),

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

1

whichever is earlier." Fed. R. Civ. P. 15(a)(1). No responsive pleading has been filed in this action. Therefore, Plaintiff's First Amended Complaint (ECF No. 32) was filed as a matter of right under Rule 15(a)(1)(B) and is the operative complaint in this action. Plaintiff's motion to amend and motion for extension of time to file an amended complaint are denied as moot. In addition, the Court will deny Plaintiff's motion to file under seal a Second Amended Complaint because there is no request for leave to file a Second Amended Complaint and the motion is not signed by Plaintiff. *See* ECF No. 34 at 2.

For the reasons that follow, it is HEREBY ORDERED:

1. Plaintiff's motion to amend the complaint (ECF No. 15) is DENIED as moot;

2. Plaintiff's motion for extension of time to file an amended complaint (ECF No. 28) is DENIED as moot; and

3. Plaintiff's motion to file under seal a Second Amended Complaint (ECF No. 34) is DENIED.

Dated: April 16, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, warf1886.24

2