UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK WARFIELD, | Case No. 2:24-cv-02886-DJC-CSK |
| Plaintiff, | |
| v. | ORDER ON PLAINTIFF'S MOTIONS |
| CALIFORNIA HIGHWAY PATROL GOLDEN GATE DIVISION, et al., | (ECF Nos. 19-23, 26-27, 35-44) |
| Defendants. | |

Plaintiff Broderick Warfield, who is proceeding pro se, has filed seventeen (17) miscellaneous motions that are currently pending before the Court. (ECF Nos. 19-23, 26-27, 35-44.) Pursuant to E.D. Cal. Local Rule 230(g), the motions are submitted upon the record and the briefs. For the reasons that follow, the Court DENIES Plaintiff's motions.

The Court rules on the motions as follows:

1. Plaintiff has filed multiple requests to seal documents. (ECF Nos. 19-23, 26, 35, 37-38, 40-42, 44.) These requests are denied because there are no motions pending before the Court that require the Court to review these documents. The motions are also not signed personally by Plaintiff as required. *See* Fed. R. Civ. P. 11(a); E.D. Cal. L. R. 131(b). In addition, the First Amended Complaint has not yet been screened and discovery has not yet commenced. *See* Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before

1

the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order.").

2. Plaintiff has filed a motion for in camera review of Plaintiff's exhibits. (ECF No. 27.) This motion is denied because there is no motion pending before the Court that requires the Court to review Plaintiff's exhibits. The motion is also not signed personally by Plaintiff as required. *See* Fed. R. Civ. P. 11(a); E.D. Cal. L. R. 131(b). In addition, as described above, the First Amended Complaint has not been screened and discovery has not yet commenced.

3. Plaintiff has filed two motions to strike Plaintiff's Exhibit X-1 that he seeks to have filed under seal. (ECF Nos. 36, 39.) These motions are denied as moot because the Court has denied Plaintiff's requests to file under seal as described above. These motions are also not signed personally by Plaintiff as required. *See* Fed. R. Civ. P. 11(a); E.D. Cal. L. R. 131(b).

4. Plaintiff has filed an ex parte motion for leave to seal "previously filed documents in case" and for a stay of the proceedings. (ECF No. 43.) The motion as it relates to a request to seal is denied because there is no motion pending before the Court that requires the Court to review Plaintiff's exhibits. Plaintiff also moves for a stay "to protect the interests of all parties involved and prevent any potential harm." ECF No. 43 at 2. The motion is also denied as to the request for a stay because Plaintiff has not established the necessity of a stay. *See Clinton v. Jones*, 520 U.S. 681, 708 (1997) ("The proponent of a stay bears the burden of establishing its need."). As described above, the First Amended Complaint has not been screened and Plaintiff is not currently under any court-ordered deadlines. In addition, the motion is not signed personally by Plaintiff as required. *See* Fed. R. Civ. P. 11(a); E.D. Cal. L. R. 131(b).

Plaintiff has previously been warned to "**not file discovery or evidence with the Court unless ordered to do so by the Court or unless there is a motion pending**

**that requires the Court to review the discovery or evidence in order to resolve the pending motion.**" *See* 12/02/2024 Order at 6-7 (ECF No. 12). Plaintiff was also previously warned to "**not file duplicative, frivolous, or serial motions**" as it "interferes with the Court's ability to efficiently manage its heavy caseload and creates unnecessary delay in the resolution of cases." *Id*. at 7. Plaintiff was also further cautioned that "**failure to follow the Federal Rules of Civil Procedure, the district court's Local Rules, or the Court's orders may result in the imposition of sanctions.**" *Id*. Despite this, Plaintiff has failed to follow the Court's instructions by filing multiple duplicative and serial motions.

IT IS HEREBY ORDERED that:

1. Plaintiff's requests to seal (ECF Nos. 19-23, 26, 35, 37-38, 40-42, 44) are DENIED;
2. Plaintiff's motion for in camera review of Plaintiff's exhibits (ECF No. 27) is DENIED;
3. Plaintiff's motions to strike Plaintiff's exhibit (ECF Nos. 36, 39) are DENIED as moot; and
4. Plaintiff ex parte motion for leave to seal and to stay the proceedings (ECF No. 43) is DENIED.

Dated:  April 18, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, warf2886.24