UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK WARFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL GOLDEN GATE DIVISION, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02886-DJC-CSK<br><br>ORDER<br><br>(ECF No. 49) |

　　　　This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On April 28, 2025, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 49.)  No objections were filed and the time to do so has passed.

　　　　In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis.  The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 49) are ADOPTED IN FULL;
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 17) is DENIED;
3. Plaintiff's First Amended Complaint (ECF No. 32) is DISMISSED without leave to amend; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 13, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE